**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

───────────────────────────────── x

MARK PRINCIPE, individually on behalf of   :
himself and all others similarly situated,   :
   :
   :  Case No. 2:15-cv-05453
     Plaintiff,   :
   :
v.   :
   :
   :
EDISON NATION, LLC, PLYMOUTH DIRECT,   :  **PLAINTIFF'S MOTION FOR LEAVE TO**
INC., EDISON NATION HOLDINGS, LLC,   :  **FILE BRIEF IN EXCESS OF TWENTY-**
SAFETV SHOP LLC, MEDIA ENTERPRISES II,   :  **FIVE PAGES**
INC., ENVENTYS, LLC, JOHN DOES 1-25,   :
   :
     Defendants.   :

───────────────────────────────── x

     Plaintiff Mark Principe, by and through his attorneys, The Sultzer Law Group, P.C., and

Rosenberg Fortuna & Laitman, LLP hereby moves this court to permit him to file a

Memorandum of Law in Support of his Motion for Class Certification on Friday, December 22,

2017, that exceeds the twenty-five page limit by ten (10) pages.

     The reason for this request is to properly provide the Court with sufficient authority from

various states with respect to Plaintiff's FRCP 23(b)(3) predominance and manageability

arguments.

     Counsel has attempted but has been unable to reach defendants' counsel to determine

their position on this request.

     We thank the court for its consideration in this matter.

Dated: December 20, 2017

**THE SULTZER LAW GROUP, P.C.**

/s/ Jason P. Sultzer

By: _____

Jason P. Sultzer, Esq.
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

*Attorneys for Plaintiff and the Class*

**ROSENBERG FORTUNA & LAITMAN, LLP**

Brett Zinner, Esq.
666 Old Country Road, Suite 810
Garden City, NY 11530
Tel: (516) 228-6666
Fax: (516) 228-6672
brett@rosenbergfortuna.com

*Attorneys for Plaintiff and the Class*