Exhibit F



# Invoice

Date: 7/31/2006  
Invoice #: 3742

**Bill To:**

Bouncing Brain Innovations Season One  
PO Box 35186  
Charlotte, NC 28235-5186

PAID 08/02/2006

| Customer P.O. No. | Terms |
|---|---|
| Documentation | Due on receipt |

| Description | Amount |
|---|---|
| Completion of Documentation  Nuo Bowl | 2,450.00 |

**Due Date**   7/31/2006

Please Remit Payment to:

Enventys, LLC  
520 Elliot Street  
Charlotte, NC  28202

Ph:  704-333-5335  
Fax: 704-369-7340

If applicable, wiring instructions attached.

**Total**   $2,450.00