Exhibit H

Order Placed: August 5, 2015
Amazon.com order number: 002-0998139-9066639
Order Total: $11.09



EXHIBIT
1
CITONE REPORTERS
2-2V-1-T

## Shipped on August 6, 2015

**Items Ordered** | **Price**
--- | ---
1 of: Gyro Bowl- Spill Resistant Kids Gyroscopic Bowl with Lid | $11.09
Sold by: Mary's-Market (seller profile) |

Condition: New

**Shipping Address:**
Yolanda Principe
108 PIDGEON HILL RD
HUNTINGTON STATION, NY 11746-4510
United States

**Shipping Speed:**
Two-Day Shipping

Item(s) Subtotal: $11.09
Shipping & Handling: $0.00
-----
Total before tax: $11.09
Sales Tax: $0.00
-----
Total for This Shipment:$11.09
-----

## Payment information

**Payment Method:**
Visa | Last digits: 6369

**Billing address**
Yolanda Principe
108 PIDGEON HILL RD
HUNTINGTON STATION, NY 11746-4510
United States

Item(s) Subtotal: $11.09
Shipping & Handling: $0.00
-----
Total before tax: $11.09
Estimated tax to be collected: $0.00
-----
Grand Total:$11.09

**Credit Card transactions**

Visa ending in 6369: August 6, 2015:$11.09



EXHIBIT 2
CITONE REPORTERS

**Order Placed: August 5, 2015**
Amazon.com order number: 112-1703178-2468261
Order Total: $11.09

**Items Ordered**
1 of: Gyro Bowl - Spill Resistant Kids Gyroscopic Bowl with Lid
Sold by: New Gifts 4 All (seller profile)

Condition: New

**Shipping Address:**
Yolanda Principe
108 PIDGEON HILL RD
HUNTINGTON STATION, NY 11746-4510
United States

**Shipping Speed:**
Two Day Shipping

**Payment Method:**
Visa | Last digits: 5361

**Billing address**
Yolanda Principe
108 PIDGEON HILL RD
HUNTINGTON STATION, NY 11746-4510
United States

**Credit Card transactions**

Shipped on August 6, 2015

Price
$11.09

Item(s) Subtotal: $11.09
Shipping & Handling: $0.00

Total before tax: $11.09
Sales Tax: $0.00

Total for This Shipment: $11.09

Payment Information

Item(s) Subtotal: $11.09
Shipping & Handling: $0.00

Total before tax: $11.09
Estimated tax to be collected: $0.00

Grand Total: $11.09

Visa ending in 5361: August 6, 2015: $11.09