**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
MARK PRINCIPE, individually on behalf of
himself and all others similarly situated,

        Plaintiff,

v.

EDISON NATION, LLC, EDISON NATION
HOLDINGS, LLC, SAFETV SHOP LLC, JOHN
DOES 1-25.,

        Defendants.
---------------------------------------------------------------x

Case No. 2:15-cv-05453

**NOTICE OF DISMISSAL**
**WITH PREJUDICE**
**PURSUANT TO FRCP R. 41 (a)**

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Mark Principe ("Plaintiff"), on the one hand, and Defendants Edison Nation, LLC, Edison Nation Holdings, LLC, and SafeTV Shop, LLC, on the other hand, by and through their undersigned counsel, hereby stipulate as follows:

    1.    All claims alleged by Plaintiff should be dismissed with prejudice as to Defendants Edison Nation, LLC, Edison Nation Holdings, LLC, and SafeTV Shop, LLC.

    2.    An Order of Dismissal With Prejudice in the form attached hereto as Exhibit A should be entered.

    WHEREFORE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Defendants Edison Nation, LLC, Edison Nation Holdings, LLC, and SafeTV Shop, LLC, respectfully request that the Court enter an Order in the form attached hereto as Exhibit A.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| Jason P. Sultzer, Esq.<br>The Sultzer Law Group<br>85 Civic Center Plaza, Suite 104<br>Poughkeepsie, NY 12601<br>Tel: (845) 483-7100<br>Fax: (888) 749-7747<br>sultzerj@thesultzerlawgroup.com<br><br>Brett Zinner, Esq.<br>Rosenberg, Fortuna & Laitman LLP<br>666 Old Country Road<br>Garden City, NY 11530<br>Tele: (516) 228-6666<br>Fax: (516) 228-6672<br>brett@rosenbergfortuna.com<br><br>*Counsel for Plaintiff Mark Principe* | John C. Gallagher III, Esq.<br>Gallagher Law Offices PLLC<br>217 Wolfs Lane<br>Pelham, New York 10803<br>Tel: (914) 282-3185<br>jgallagher@gallagherpllc.com<br><br>*Counsel for Defendants Edison Nation, LLC, Edison Nation Holdings, LLC, and SafeTV Shop, LLC* |