**EXHIBIT A**
*TO*
**NOTICE OF DISMISSAL
WITH PREJUDICE
PURSUANT TO FRCP R. 41 (a)**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

MARK PRINCIPE, individually on behalf of himself and all others similarly situated,

    Plaintiff,

v.

EDISON NATION, LLC, EDISON NATION HOLDINGS, LLC, SAFETV SHOP LLC, JOHN DOES 1-25.,

    Defendants.

Case No. 2:15-cv-05453

---

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Mark Principe ("Plaintiff) and Defendants Edison Nation, LLC, Edison Nation Holdings, LLC, and SafeTV Shop, LLC, filed with this Court in the above-captioned action a Notice of Dismissal with Prejudice Pursuant to FCRP R. 41(a) as to the claims against Defendants Edison Nation, LLC, Edison Nation Holdings, LLC, and SafeTV Shop, LLC. Upon due consideration of the Notice of Dismissal with Prejudice Pursuant to FRCP R. 41(a), and having been duly advised, the Court NOW FINDS that the same should be granted.

THEREFORE, IT IS ORDERED, that

1. All claims alleged by Plaintiff as to Defendants Edison Nation, LLC, Edison Nation Holdings, LLC, and SafeTV Shop, LLC, are dismissed with prejudice.

2. Plaintiff and Defendants Edison Nation, LLC, Edison Nation Holdings, LLC, and SafeTV Shop, LLC, each shall bear their own costs and attorneys' fees.

Dated: _____, 2018

                                                                       The Honorable Arthur D. Spatt
                                                                       United States District Court Judge